**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 17-1094**

———————

ROBERT GARY,

                Plaintiff - Appellant,

     v.

USAA LIFE INSURANCE COMPANY,

                Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge. (8:15-cv-01998-PWG)

———————

Submitted: September 28, 2017              Decided: October 11, 2017

———————

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Erik D. Frye, ERIK D. FRYE, P.A., Upper Marlboro, Maryland, for Appellant. Gregory L. VanGeison, Megan J. McGinnis, ANDERSON, COE & KING, LLP, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Gary appeals the district court's order granting summary judgment to Defendant in this action seeking to recover on a life insurance policy. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gary v. USAA Life Ins. Co.*, No. 8:15-cv-01998-PWG (D. Md. Jan. 17, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*